## HOBSON v. STATE.
### No. 20164.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

B. F. Word, of Meridian, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is a violation of the liquor laws of this State, the punishment assessed being a fine of $100.

The record is before us without a statement of facts or bills of exception. The proceedings appear to be regular, and we find no complaint thereof in the record.

The judgment is affirmed.